[No. 2009-2. Division Two. January 31, 1977.]

DORIS A. HAGERUD, *Appellant*, v. ROBERT HAGERUD, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 64837, John H. Kirkwood, J., entered July 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3671-1. Division One. January 31, 1977.]

BETTY L. STAFFORD, *Appellant*, v. JOHN H. CARR, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 124168, Thomas G. McCrea, J., entered February 13, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4779-1. Division One. January 31, 1977.]

*In the Matter of the Welfare of*
CESAREO ORTEZ SANCHEZ.

Certiorari to review a judgment of the Superior Court for King County, No. J-78878, Jerome M. Johnson, J., entered June 8, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 3992-1. Division One. January 31, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK GLENN VANDERVEER, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for King County, Nos. 71578, 66547, Janice Niemi, J., entered July 2, 1975. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Callow, JJ.